IN RE PATRICIA I.
(AC 29038)

DiPentima, Harper and Lavery, Js.

Argued September 10—officially released October 14, 2008

Per Curiam. The judgment is affirmed. *Glastonbury Volunteer Ambulance Assn., Inc.* v. *Freedom of Information Commission*, 227 Conn. 848, 633 A.2d 305 (1993).

CECELIA LEBBY *v.* ATTORNEY GENERAL OF THE STATE OF CONNECTICUT ET AL.
(AC 29533)

McLachlan, Gruendel and Lavine, Js.

Submitted on briefs September 12—officially released October 14, 2008

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* FUTURES, INC., ET AL.
(AC 29535)

McLachlan, Gruendel and Lavine, Js.

Submitted on briefs September 12—officially released October 14, 2008

Per Curiam. The judgment is affirmed.